UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

AARON LEE TURPENING,

    Petitioner,                                  2:16-cv-02947-JCM-PAL

vs.

**ORDER**

TIMOTHY FILSON, *et al.*,

    Respondents.

_____/

In this habeas corpus action, brought by Nevada prisoner Aaron Lee Turpening, the respondents are due to respond to Turpening's petition for writ of habeas corpus by May 12, 2017. *See* Order entered March 16, 2017 (ECF No. 11).

On March 24, 2017, Turpening filed a motion to extend prison copywork limit (ECF No. 12), stating that, at the prison where he is incarcerated, he has reached the $100 debt limit for copies, and he will need to make copies for this action; Turpening asks that the court order his copywork limit extended. The court notes that Turpening does not claim that there is a specific need for copywork in this case at this time, and the record reflects that there likely is not. Nonetheless, based on what Turpening states in his motion, to insure that he is able to adequately litigate this action, and good cause appearing, the court will order Turpening's copywork limit extended by $50.

///

1 **IT IS THEREFORE ORDERED** that petitioner's motion to extend prison copywork limit (ECF No. 12) is **GRANTED**. Petitioner's prison copywork debt limit shall be extended by $50 (fifty dollars).

Dated April 7, 2017.

_____
UNITED STATES DISTRICT JUDGE

2