# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

AARON LEE TURPENING,

    Petitioner,                                     2:16-cv-02947-JCM-PAL

vs.

**ORDER**

TIMOTHY FILSON, *et al.*,

    Respondents.

_____/

    In this habeas corpus action, brought by Nevada prisoner Aaron Lee Turpening, the respondents filed an answer to Turpening's petition for writ of habeas corpus on May 10, 2017 (ECF No. 15). Turpening's reply to respondents' answer is due on July 10, 2017. *See* Order entered January 12, 2017 (ECF No. 3) (60 days for reply).

    On April 7, 2017, the court granted a motion made by Turpening requesting an extension of his prison copywork debt limit, and extended his copywork debt limit by $50. *See* Order entered April 7, 2017 (ECF No. 14). On May 19, 2017, Turpening filed another motion for extension of his prison copywork debt limit (ECF No. 17). In that motion, Turpening does not mention the April 7 order extending his copywork debt limit by $50. Turpening does not explain why he needs another extension of his copywork debt limit. Moreover, the record reflects that Turpening's only filing in this case since his copywork debt limit was extended on April 7, has been his second motion to extend his copywork debt limit.

Under these circumstances, the court will deny Turpening's second motion to extend his copywork debt limit.  Turpening does not show that another extension is necessary to allow him to complete his litigation of this action.  There is no showing of good cause to grant the second extension.

**IT IS THEREFORE ORDERED** that petitioner's Motion for Extension of Copy Work (ECF No. 17) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send petitioner, along with a copy of this order, a copy of the order entered on April 7, 2017 (ECF No. 14).

Dated June 1, 2017.

_____
UNITED STATES DISTRICT JUDGE