UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| AARON LEE TURPENING, | Case No. 2:16-cv-02947-JCM-PAL |
|---|---|
| Petitioner, | ORDER |
| v. | |
| TIMOTHY FILSON, *et al.*, | |
| Respondents. | |

This habeas corpus action has been stayed since July 13, 2017, pending completion of *pro se* petitioner Aaron Lee Turpening's state-court litigation. *See* Order filed July 13, 2017 (ECF No. 22).

On April 24, 2018, Turpening filed a document entitled "Status Check" (ECF No. 24), in which he appears to indicate that his state-court litigation has been completed.

The Court will direct the respondents to respond to Turpening's April 24, 2018, filing, indicating whether, in their view, the state-court litigation has been completed, and whether the stay of this case should now be lifted.

**IT IS THEREFORE ORDERED** that the respondents shall, within **20 days** from the date of this order, file a response to petitioner's April 24, 2018, filing, as described above.

///

///

1

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 25(d), the Clerk of the Court shall substitute Timothy Filson for "Philson," on the docket for this case, as the respondent warden, and shall update the caption of the action to reflect this change.

DATED THIS 27th day of April, 2018.

_____
JAMES C. MAHAN,
UNITED STATES DISTRICT JUDGE