UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

AARON LEE TURPENING,

Petitioner,

v.

TIMOTHY FILSON, *et al.*,

Respondents.

Case No. 2:16-cv-02947-JCM-PAL

ORDER

This habeas corpus action was stayed on July 13, 2017, pending completion of *pro se* petitioner Aaron Lee Turpening's state-court litigation. *See* Order filed July 13, 2017 (ECF No. 22). The stay was lifted, after the completion of the state-court litigation, on May 24, 2018 (ECF No. 27).

The Court then granted Turpening an opportunity to amend his habeas petition; the amended petition, or a notice indicating that Turpening did not intend to file one, was due on August 22, 2018. *See* Order entered May 24, 2018 (ECF No. 27). Turpening did not respond.

It appears that Turpening may no longer be at the address that he has provided to the Court for purposes of this action. Before this case proceeds, the Court will require Turpening to either confirm that he is still located at the address he last provided to the Court – at Ely State Prison – or file a notice informing the Court and the respondents of his new mailing address. *See* LR IA 3-1 ("An attorney or *pro se* party must immediately

file with the court written notification of any change of mailing address…. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.").

**IT IS THEREFORE HEREBY ORDERED** that the petitioner must, no later than **September 28, 2018**, either: (1) file a notice confirming that his mailing address is still at Ely State Prison, P.O. Box 1989, Ely, NV 89301, or (2) file a notice of his new mailing address.

**IT IS FURTHER ORDERED** that, if the petitioner does not comply with this order within the time allowed, the Court will dismiss this action.

DATED August 31, 2018.

                                                                     */s/ James C. Mahan*
                                                                JAMES C. MAHAN,
                                                                UNITED STATES DISTRICT JUDGE